AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court

DISTRICT OF KANSAS

SEED RESEARCH EQUIPMENT
SOLUTIONS, LLC,

JUDGMENT IN A CIVIL CASE

Plaintiff,
V.

CASE NUMBER:  09-1282-EFM

GARY W. CLEM, INC.
d/b/a ALMACO,

Defendant.

☐ Jury Verdict. This action came before the Court for a trial by jury, The issues have been tried and the jury has rendered its verdict.

☒ Decision by Court. This action came before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that pursuant to the Memorandum and Order filed on March 6, 2013 (Doc. 205) it is ordered that Plaintiff/Counter-Defendant's Motion for Reconsideration of Memorandum and Order Granting in Part and Denying in Part Plaintiff/Counter-Defendant's Motion for Summary Judgement Due to Invalidity (Doc. 187) is GRANTED.

The case is dismissed.

3/6/2013                                      TIMOTHY M. O'BRIEN
*Date*                                        *Clerk*

                                              /s Cindy McKee
                                              *(By) Deputy Clerk*