## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| SEED RESEARCH EQUIPMENT SOLUTIONS, LLC, )<br>a Kansas limited liability company, )<br> )<br>Plaintiff, )<br> )<br>v. )<br> )<br> )<br>GARY W. CLEM, INC. d/b/a ALMACO, )<br>An Iowa Corporation, )<br> )<br>Defendant. ) | **Civil No. 6:09-cv-01282 EFM-KGG** |

### NOTICE OF APPEAL

**NOTICE IS HEREBY GIVEN** that GARY W. CLEM, INC. d/b/a ALMACO in the above-named case hereby appeals to the United States Court of Appeals for the Federal Circuit from the Judgment In A Civil Case [Doc. 206] entered in this action on March 7, 2013, which is based upon the Court's Memorandum and Order [Doc. 205] entered in this action on March 6, 2013, wherein the Court granted Plaintiff/Counter-Defendant's Motion for Reconsideration [Doc. 187], and denied Defendant/Counter-Plaintiff's Motion for Reconsideration [Doc. 192] of the Court's Memorandum and Order [Doc. 186] Granting in Part and Denying in Part Plaintiff/Counter-Defendant's Motion for Summary Judgment Due to Invalidity [Doc. 142]. Defendant further appeals the Court's Memorandum and Order [Doc. 186] entered in this action on December 20, 2012, wherein the Court Granted, in-part, Plaintiff/Counter-Defendant's Motion for Summary Judgment [Doc. 142] and denied, in-part, Defendant/Counter-Plaintiff's Response [Doc. 154] that the '124 Patent is invalid under 35 U.S.C. § 102(b). Defendant/Counter-Plaintiff further appeals any and all other rulings adverse to

2

Defendant/Counter-Plaintiff including any and all admission and consideration of hearsay.

        Respectfully submitted,

By:    /s/ Gerald A King_____
     Gerald A King, Kansas Bar No. 14765
     ARMSTRONG TEASDALE LLP
     2345 Grand Boulevard, Suite 2000
     Kansas City, Missouri 64108-2617
     (816) 221-3420 /FAX (816) 221-0786
     GKING@ArmstrongTeasdale.com

       -and

Timothy J Zarley, Iowa Bar No. 15783
ZARLEY LAW FIRM, P.L.C.
Capital Square, Suite 200
400 Locust Street
Des Moines, IA 50309-2350
(515) 558-0200/ FAX (515) 558-7790

**ATTORNEYS FOR DEFENDANT
GARY W. CLEM, D/B/A ALMACO**